IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -9  P 4: 35

CLERK _L. LaVictoire_
S.D. DIST. OF GA.

| | |
|---|---|
| JOSE M. CANDELARIO, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO.: CV206-298 |
| JOSE VASQUEZ, Warden, | : |
| Respondent. | : |

### ORDER

Petitioner, an inmate at the Federal Correctional Institution in Jesup, Georgia, seeks to file *in forma pauperis* an action under 28 U.S.C. § 2241. The Petitioner does not appear to be indigent. The Court **DENIES** Petitioner leave to proceed *in forma pauperis,* as it appears to the Court that Petitioner has sufficient funds to pay the filing fee of $5.00. Petitioner shall have twenty (20) days from the date of this Order to pay the full filing fee. If said filing fee is not paid by that date, the Court will dismiss this action without prejudice. See Local Rule 4.2.

**SO ORDERED**, this 9th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE