IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB 22  A 11: 04

CLERK _____
SO. DIST. OF GA.

JOSE M. CANDELARIO,

    Petitioner,

v.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-298

### ORDER

Petitioner submitted an action pursuant to 28 U.S.C. § 2241 in which he sought to proceed in forma pauperis. The Court denied Petitioner's motion to proceed in forma pauperis; however, he was allowed a period of time to pay the filing fee to proceed with this action. When Petitioner failed to timely pay the fee, the Court dismissed this case, without prejudice. Petitioner now moves to "Reopen Judgment." Petitioner's motion is **DENIED**. If Petitioner desires to proceed with this action, he must file a new petition and pay the $5.00 filing fee.

**SO ORDERED**, this 22 day of Feb., 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)